Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-304-741**

**Effective Date of Registration:**
May 23, 2022
**Registration Decision Date:**
June 21, 2022

---

## Title

- **Title of Work:** Mid Century Meow Retro Atomic Cats on Blue

## Completion/Publication

- **Year of Completion:** 2019
- **Date of 1st Publication:** March 08, 2019
- **Nation of 1st Publication:** United States

## Author

- **Author:** Christine Poppy Duffield
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant

- **Copyright Claimant:** Christine Poppy Duffield
  16650 Ford Place, Lake Oswego, OR, 97035, United States

## Rights and Permissions

- **Name:** Christine Duffield
- **Email:** studioxtinedesigncopyright@gmail.com

## Certification

- **Name:** David Denholm
- **Date:** May 23, 2022
- **Applicant's Tracking Number:** CD2022052301

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-304-918**
Effective Date of Registration:
May 23, 2022
Registration Decision Date:
June 22, 2022



## Title

Title of Work: Mid Century Cats and Clocks I

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: June 29, 2019
Nation of 1st Publication: United States

## Author

- Author: Christine Poppy Duffield
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Christine Poppy Duffield
16650 Ford Place, Lake Oswego, OR, 97035, United States

## Rights and Permissions

Name: Christine Duffield
Email: studioxtinedesigncopyright@gmail.com

## Certification

Name: David Denholm
Date: May 23, 2022
Applicant's Tracking Number: CD2022052310

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
VA 2-304-735

**Effective Date of Registration:**
May 23, 2022
**Registration Decision Date:**
June 21, 2022



## Title

| | |
|---|---|
| Title of Work: | Retro Patchwork Tabbies |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | September 03, 2019 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Christine Poppy Duffield |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Christine Poppy Duffield |
| | 16650 Ford Place, Lake Oswego, OR, 97035, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Christine Duffield |
| Email: | studioxtinedesigncopyright@gmail.com |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | May 23, 2022 |
| Applicant's Tracking Number: | CD2022052306 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-304-739**

Effective Date of Registration:
May 23, 2022
Registration Decision Date:
June 21, 2022

## Title

Title of Work: Mid Century Kitty Mischief III

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: July 30, 2019
Nation of 1st Publication: United States

## Author

- Author: Christine Poppy Duffield
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Christine Poppy Duffield
16650 Ford Place, Lake Oswego, OR, 97035, United States

## Rights and Permissions

Name: Christine Duffield
Email: studioxtinedesigncopyright@gmail.com

## Certification

Name: David Denholm
Date: May 23, 2022
Applicant's Tracking Number: CD2022052309

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
VA 2-304-737

**Effective Date of Registration:**
May 23, 2022
**Registration Decision Date:**
June 21, 2022



---

### Title

**Title of Work:** Mid Century Mid Century Mischief / Cat Red-Handed II

### Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 20, 2019
**Nation of 1st Publication:** United States

### Author

- **Author:** Christine Poppy Duffield
  **Author Created:** 2-D artwork
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Christine Poppy Duffield
16650 Ford Place, Lake Oswego, OR, 97035, United States

### Rights and Permissions

**Name:** Christine Duffield
**Email:** studioxtinedesigncopyright@gmail.com

### Certification

**Name:** David Denholm
**Date:** May 23, 2022
**Applicant's Tracking Number:** CD2022052308

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-305-426**

**Effective Date of Registration:**
May 23, 2022
**Registration Decision Date:**
June 23, 2022

### Title

| | |
|---|---|
| Title of Work: | Mid Century Meow Retro Atomic Cats |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | March 08, 2019 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| Author: | Christine Poppy Duffield |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Christine Poppy Duffield |
| | 16650 Ford Place, Lake Oswego, OR, 97035, United States |

### Rights and Permissions

| | |
|---|---|
| Name: | Christine Duffield |
| Email: | studioxtinedesigncopyright@gmail.com |

### Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | May 23, 2022 |
| Applicant's Tracking Number: | CD2022052302 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-304-736**

**Effective Date of Registration:**
May 23, 2022
**Registration Decision Date:**
June 21, 2022

## Title

| | |
|---|---|
| Title of Work: | Mid Century Meow Retro Atomic Cats on Warm Pink - Horizontal |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | March 08, 2019 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Christine Poppy Duffield |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Christine Poppy Duffield |
| | 16650 Ford Place, Lake Oswego, OR, 97035, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Christine Duffield |
| Email: | studioxtinedesigncopyright@gmail.com |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | May 23, 2022 |
| Applicant's Tracking Number: | CD2022052303 |

Page 1 of 1

